ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 FEB -4 AM 10:00
CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

| | |
|---|---|
| IN RE: SARALAND, LLLP,<br><br>    Debtor. | Bankruptcy No. 12-30113 |
| TODD BOUDREAUX, Trustee for Saraland, LLLP,<br><br>    Plaintiff,<br><br>vs.<br><br>LISTER HARRELL; NIKKI HARRELL a/k/a NIKKI MINCEY d/b/a PLANTATION MANAGEMENT; and PLANTATION MANAGEMENT, INC.,<br><br>    Defendants. | **CV 314-131**<br><br>(Adversary Number in Bankruptcy Court: 13-03005) |

**O R D E R**

Having read and duly considered Lister W. Harrell's motion for reconsideration of this Court's dismissal order, the motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE